THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK, Appellant, against THE WARDEN OF ATTICA STATE PRISON, Respondent.

Submitted December 8, 1941; decided January 8, 1942.

*Ralph Mark*, in person, for motion.

*John J. Bennett, Jr.*, Attorney-General (*Patrick H. Clune* of counsel), opposed.

Motion denied on the ground that this court has no power to grant leave to appeal or to entertain an appeal direct to this court.